**Opinion issued March 5, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00651-CR

_____

**JORDAN ROBERT STOLL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 506th District Court**
**Waller County, Texas**
**Trial Court Case No. 24-08-19253**

---

## MEMORANDUM OPINION

Appellant Jordan Robert Stoll pleaded guilty to the offense of aggravated robbery with a deadly weapon and was sentenced to seven years' incarceration in the Institutional Division of the Texas Department of Criminal Justice, in accordance

with the plea bargain with the State. *See* TEX. PENAL CODE § 29.03(a). We dismiss the appeal.

The trial court's certification of defendant's right of appeal certified that appellant had no right of appeal because this was a plea-bargain case and appellant had waived the right of appeal. This certification corresponds with the clerk's record, which indicates that appellant pleaded guilty and waived the right of appeal in exchange for the State's agreed recommendation of a sentence of seven years' incarceration. No other appealable order appears in the clerk's record.

Where the appellant enters into a plea bargain with the State, there is no right of appeal except as to those matters raised by written motion and ruled on before trial or after getting permission to appeal from the trial court. *See* TEX. R. APP. P. 25.2(a)(2). The clerk's record contains no written motions filed by appellant and no permission to appeal was granted by the trial court. Moreover, appellant agreed to waive the right of appeal as part of the plea bargain. *See Jones v. State*, 488 S.W.3d 801, 807 (Tex. Crim. App. 2016) (upholding waiver of right of appeal where defendant received consideration for waiver pursuant to plea bargain). Accordingly, we must dismiss the appeal for lack of jurisdiction. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) (appellate court must dismiss attempted appeal when appellant had no right of appeal because he was sentenced pursuant to agreed terms of plea bargain and did not satisfy exceptions to Rule 25.2(a)(2)).

We dismiss this appeal for lack of jurisdiction. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.

Do not publish. TEX. R. APP. P. 47.2(b).